**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** Lowell, MA     **Category No.** III     **Investigating Agency** DOJ-OIG

**City** Lowell

**County** Middlesex

**Related Case Information:**

Superseding Ind./ Inf. _____     Case No. _____

Same Defendant _____     New Defendant _____

Magistrate Judge Case Number     26-mj-5083-JGD

Search Warrant Case Number     26-mj-5095-JGD, 26-mj-5096-JGD

R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____     ☐ Yes ☑ No

**Defendant Information:**

Defendant Name     Arvaro Montero Diaz     Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address:     33 Murray Lane, Lowell, Massachusetts 01852

Birth date (Yr only): 1985     SSN (last 4#): _____     Sex: M     Race _____     Nationality: Dominican Republic

**Defense Counsel if known:** _____     Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: Robert Richardson     Bar Number if applicable: _____

**Interpreter:** ☑ Yes ☐ No     List language and/or dialect: Spanish

**Victims:** ☑ Yes ☐ No     If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____ .

☐ Already in State Custody at _____     ☐ Serving Sentence     ☐ Awaiting Trial

☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint     ☐ Information     ☐ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☑ Felony Three

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 3/6/2026     Signature of AUSA: */s/ Robert Richardson*

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**     Arvaro Montero Diaz

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 7 U.S.C. § 2024(b) | Illegal Acquisition or Use of SNAP Benefits | One |
| Set 2 | 18 U.S.C. § 1343 | Mail Fraud | One |
| Set 3 | 18 U.S.C. § 1028A | Aggravated Identity Theft | One |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013